**[Dntcpsca]** [District Notice Scheduling Pretrial/Status Conference Adversary]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 2:25−bk−00574−FMD |
| | Chapter 7 |
| Sean Patrick Murphy | |
| _____Debtor*_____ / | |
| Jay Sanford Weiss | |
| _____Plaintiff**_____ | |
| vs. | Adv. Pro. No. 2:25−ap−00035−FMD |
| Sean Patrick Murphy | |
| _____Defendant**_____ / | |

## NOTICE SCHEDULING PRETRIAL/STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Pretrial/Status Conference will be held on September 25, 2025, at 10:30 AM , before the Honorable Caryl E. Delano, Chief Judge United States Bankruptcy Judge.

2. All pending motions, other than Motions for Summary Judgment, may be heard at the Pretrial/Status Conference.

3. Parties are reminded to comply with all requirements of Local Rule 7001−1.

4. Unless otherwise notified, Judge Delano will conduct all Fort Myers hearings by Zoom from Tampa Courtroom 9A. Parties may attend the hearing by video or telephone via Zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FORT MYERS COURTHOUSE. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813−301−5195 no later than 3:00 p.m. one business day before the date of the hearing.

5. Avoid Delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

|  |  |
|---|---|
|  | FOR THE COURT |
| Dated: August 12, 2025 | Jose A Rodriguez , Clerk of Court |
|  | Sam M. Gibbons United States Courthouse |
|  | 801 North Florida Avenue |

Suite 555
Tampa, FL 33602–3899

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

**All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.